FILED
September 20, 2023
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
By:        MR
                    Deputy

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ANTONIO RIOS JR.,<br><br>Defendant. | Case No: SA:23-CR-00483-FB<br><br>**INDICTMENT**<br><br>COUNT 1: 18 U.S.C. § 922(g)(1)<br>Felon in Possession of a Firearm |

**THE GRAND JURY CHARGES:**

<u>COUNT ONE</u>
[18 U.S.C. § 922(g)(1)]

That on or about September 2, 2023, in the Western District of Texas, Defendant,

**ANTONIO RIOS JR.,**

knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed at least one firearm, that is, a Kel-Tec, model Sub-2000, 9mm pistol carbine, serial number FF2723, and an Adams Arms, model AA-15, 5.56mm caliber rifle, serial number AATM018085, and said firearm had been shipped and transported in interstate and foreign commerce, in violation of Title 18, United States Code, Section 922(g)(1).

<u>NOTICE OF UNITED STATES OF AMERICA'S DEMAND FOR FORFEITURE</u>
[*See* Fed. R. Crim. P. 32.2]

I.
<u>Firearms Violation and Forfeiture Statutes</u>
[Title 18 U.S.C. § 922(g)(1), subject to forfeiture pursuant to Title 18 U.S.C. § 924(d)(1), made applicable to criminal forfeiture by Title 28 U.S.C. § 2461(c)]

As a result of the criminal violation set forth in Count One, the United States gives notice to the Defendant, of its intent to seek the forfeiture of the properties described below upon

conviction and pursuant to Fed. R. Crim. P. 32.2 and Title 18 U.S.C. § 924(d)(1), made applicable to criminal forfeiture by Title 28 U.S.C. § 2461(c), which states:

> **Title 18 U.S.C. § 924. Penalties**
> **(d)(l)** Any firearm or ammunition involved in or used in any knowing violation of subsection . . . (g) . . . of section 922 . . . shall be subject to seizure and forfeiture . . . under the provisions of this chapter. . .

This Notice of Demand for Forfeiture includes but is not limited to the following properties:

1. Kel-Tec, model Sub-2000, 9mm pistol carbine, serial number FF2723;
2. Adams Arms, model AA-15, 5.56mm caliber rifle, serial number AATM018085; and
3. Any and all firearms, ammunition, and/or accessories involved in or used in the commission of the criminal offense.

A TRUE BILL

FOREPERSON OF THE GRAND JURY

JAIME ESPARZA
UNITED STATES ATTORNEY

BY: _____
FOR BRIAN NOWINSKI
Assistant United States Attorney