UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF TEXAS

SAN ANTONIO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § § | |
| V. § § § | CAUSE NO. SA-23-CR-483 DAE |
| ANTONIO RIOS, JR. § § § | |

**DEFENDANT'S UNOPPOSED MOTION TO CONTINUE**

TO THE HONORABLE DAVID A, EZRA, SENIOR DISTRICT JUDGE OF THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF TEXAS:

Defendant Antonio Rios, Jr., by and through his undersigned attorney, files this Unopposed Motion to Continue, and would show this Honorable Court as follows:

I

This case is currently set for a motion to suppress hearing on July 9, 2024 and jury selection and trial on August 12, 2024.

II

In light of a recently filed superseding indictment counsel will need to time to confer with Mr. Rios and anticipates additional discovery to be tendered by the government. Counsel respectfully requests a sixty (60) day continuance.

III

Counsel for the Government, Assistant United States Attorney Brian Nowinski does not oppose this continuance.

IV

Defendant acknowledges that any continuance granted in this cause is excludable under the Speedy Trial Act as delay resulting from a continuance granted at the request of defense

counsel because the ends of justice served by the continuance outweigh the interest of the public in a Speedy Trial. 18 U.S.C. § 3161(h) (7) (A).  Mr. Rios does not waive his rights under the Sixth Amendment.

## CONCLUSION

Defendant respectfully requests that this Honorable Court will continue the above-styled and numbered cause for sixty (60) days.

Respectfully submitted.

MAUREEN SCOTT FRANCO
Federal Public Defender

/s/ MARINA-THAIS DOUENAT
Assistant Federal Public Defender
Western District of Texas
300 Convent Street, Suite 2300
San Antonio, Texas 78205
(210) 472-6700
(210) 472-4454 (Fax)
State Bar Number: 00798310

*Attorney for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on the 18th day of June, 2024, I electronically filed the foregoing Defendant's Unopposed Motion to Continue with the Clerk of Court using the CM/ECF system which will email a copy of such filing to the following:

Brian Nowinski
Assistant United States Attorney
601 N. W. Loop 410, Suite 600
San Antonio, Texas 78216

/s/ MARINA-THAIS DOUENAT
*Attorney for Defendant*

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF TEXAS

SAN ANTONIO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| V. | § § § | CAUSE NO. SA-23-CR-483 DAE |
| ANTONIO RIOS, JR. | § § § | |

# O R D E R

On this date came on to be considered the Defendant's Unopposed Motion for Continuance, and the Court having considered the premises, is of the opinion that the same should be and is hereby GRANTED.

It is ORDERED that all corresponding deadlines be continued in the above-styled and numbered cause.

SO ORDERED on this the _____ day of June, 2024.

_____
DAVID A. EZRA
Senior United States District Judge