FILED
May 29, 2025
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____JH_____
                DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| V. | ) CRIMINAL NO. SA-23-CR-00483-FB |
| | ) |
| (1) ANTONIO RIOS, JR, | ) |
| | ) |
| Defendant. | ) |

## PRELIMINARY ORDER OF FORFEITURE

Came on to be considered the United States of America's Motion for Preliminary Order of Forfeiture, pursuant to the provisions of Title 21 U.S.C. §§ 853(n)(1)-(7), and Fed. R. Crim. P. 32.2(b)(2), 32.2(b)(2)(B), and 32.2(c)(1), and this Court being fully and wholly apprised in all its premises, finds that the United States has established by a preponderance of the evidence a nexus between the below described property and the violations of Title 21 U.S.C. §§ 846, 841(a)(1) and (b)(1)(A)/(B)/(C) and Title 18 U.S.C. § 924(c), by virtue of the Defendant's Plea Agreement with the factual basis included therein, and that the Defendant has an interest in said property. As such, said Motion is meritorious, and hereby is in all things GRANTED. IT IS THEREFORE

ORDERED that all right, title, and interest of the Defendant in certain property, namely:

1. Sig Sauer, model P365, 9mm caliber pistol, serial number 66F356844;
2. Sig Sauer, model P365, 9mm caliber pistol, serial number 66B564013;
3. Kimber, model compact CDPII, .45 caliber pistol, serial number KC29213;
4. Smith & Wesson, model SW40VE, .40 caliber pistol, serial number DYH1245;
5. Anderson Manufacturing, model AM-15, .556 caliber rifle, serial number 19267189;
6. Kel-Tec, model Sub-2000, 9mm pistol carbine, serial number FF2723;
7. Adams Arms, model AA-15, 5.56mm caliber rifle, serial number AATM018085;
8. Any and all other property and/or accessories involved in or used in the commission of the criminal offenses; and
9. Any and all firearms, ammunition, and/or accessories involved in or used in the commission of the criminal offenses,

hereinafter referred to as the Subject Property be, and hereby is FORFEITED to the United States of America; and IT IS FURTHER

ORDERED that upon entry of the Preliminary Order of Forfeiture, the United States through its lawfully designated agents and agencies, including the Federal Bureau of Investigation, shall seize, take custody, control, and possession of the Subject Property whether held by the Defendant or a third party; and IT IS FURTHER

ORDERED that the United States shall cause publication for at least 30 consecutive days on an official government internet website ([www.forfeiture.gov](www.forfeiture.gov)) of the notice of the Preliminary Order of Forfeiture and of its intent to dispose of the Subject Property in such manner as the United States directs. The United States must send notice to any person or entity who reasonably appears to be a potential petitioner withstanding to contest the forfeiture in the ancillary proceeding; and IT IS FURTHER

ORDERED that the United States shall send Direct Notice of the Preliminary Order of Forfeiture, Appendix A, which is attached to the United States of America's Motion for Preliminary Order of Forfeiture, and incorporated herein to those known to the United States to have an interest in the Subject Property; and IT IS FURTHER

ORDERED that in the event a third-party petition is filed as to the Subject Property the United States shall commence discovery proceedings to resolve any third-party issues, including depositions, interrogatories, requests for production of documents, and the issuance of subpoenas, pursuant to Fed. R. Civ. P. 45; and IT IS FURTHER

ORDERED that at the time of the sentencing of the Defendant the forfeiture of the Subject Property shall be included in his Judgment in a Criminal Case.

IT IS SO ORDERED.

SIGNED this __29th__ day of _____May_____, 2025.

_____
FRED BIERY
United States District Judge